*Plaintiff(s) Counsel:*
Robert T. Dassow, Esq.
Hovde Dassow & Deets LLC
Meridian Tower
201 W. 103rd Street, Suite 500
Indianapolis, Indiana 46290
(T) 317-818-3100
(F) 317-818-3111

-and-

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe, P.C.
8235 Forsyth, Suite 1100
St. Louis Missouri 63105
(T) 314-678-3400
(F) 314-678-3401

-and-

Joseph P. Danis, Esq.
Carey & Danis, LLC
8234 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
(T) 314-725-7700
(F) 314-721-0905

-and-

Charles Lampin, Esq.
Kell Lampin LLC
4700 Mexican Road
St. Peters, Missouri 63376
(T) 636-498-4000
(F) 636-757-0198

-and-

T. Evan Schaeffer, Esq.
Schaeffer & Lamerre, P.C.
5512 Godfrey Road, Highway 67, Suite B
Godfrey, Illinois 62035
(T) 618-467-8200

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN FRANCISCO DIVISION)

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX<br>MARKETING SALES PRACTICES AND<br>PRODUCT LIABILITY LITIGATION | ) Case Specific No: 06-CV-3303<br>)<br>) **MDL NO. 1699**<br>) **District Judge: Charles R. Breyer**<br>) |
| JUANITA ALLEN, et al.,<br><br>                          Plaintiff(s),<br><br>v.<br><br>PFIZER INC., ET AL.,<br>                          Defendants. | )<br>) **STIPULATION AND ORDER OF**<br>) **DISMISSAL WITH PREJUDICE**<br>)<br>)<br>)<br>)<br>) |

Come now the Plaintiffs, **JUANITA ALLEN, EDDEAN BLACKWOOD, DARLA PENNINGTON, as the next of kin EARL RAY AYERS,** and **HSIAO-HUA GORMAN, as the next of kin of LARRY JAMES GORMAN**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of only the actions brought by the above referenced Plaintiffs, with prejudice with each side bearing its own attorneys' fees and costs.

DATED: March 16, 2009       By: _____

Robert T. Dassow, Esq.
Hovde Dassow & Deets LLC
Meridian Tower
201 W. 103rd Street, Suite 500
Indianapolis, Indiana 46290
(T) 317-818-3100
(F) 317-818-3111

-and-

Jeffrey J. Lowe, Esq.
Jeffrey J. Lowe, P.C.
8235 Forsyth, Suite 1100
St. Louis Missouri 63105
(T) 314-678-3400

-and-

Joseph P. Danis, Esq.
Carey & Danis, LLC
8234 Forsyth Boulevard, Suite 1100
St. Louis, Missouri 63105
(T) 314-725-7700
(F) 314-721-0905

-and-

Charles Lampin, Esq.
Kell Lampin LLC
4700 Mexican Road
St. Peters, Missouri 63376
(T) 636-498-4000
(F) 636-757-0198

-and-

T. Evan Schaeffer, Esq.
Schaeffer & Lamerre, P.C.
5512 Godfrey Road, Highway 67, Suite B
Godfrey, Illinois 62035
(T) 618-467-8200

*Counsel for Plaintiff(s).*

DATED: _____April 15_____, 2009   By: _____
Michelle Sadowsky, Esq.
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(T) 212-335-4625
(F) 212-884-8675

*Defendants' Liaison Counsel.*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 23, 2009

_____
Hon. Charles R. Breyer
United States District Court

IT IS SO ORDERED
Judge Charles R. Breyer