1  John J. Carey
   **CAREY & DANIS, LLC**
2  8235 Forsyth Blvd., Suite 1100
   St. Louis, Missouri 63105
3  Telephone: 314.725.7700
   Facsimile: 314.721.0905
4  Attorneys for Plaintiffs

5

6

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       SAN FRANCISCO DIVISION

11

| 12 | IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. : 06-3303 CRB |
|---|---|---|
| 13 | | MDL NO. 1699<br>District Judge: Charles R. Breyer |
| 14 | | |
| 15 | Juanita Allen, et al., | |
| 16 | Plaintiffs | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| 17 | vs. | |
| 18 | Pfizer Inc, et al., | |
| 19 | Defendants. | |

20

21      Come now the Plaintiffs Rosie Benson, Charles Jordan, and Erters Maxie in the above-

22  entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal

23  Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with**

24  **prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees

25  and costs.

26

27

28

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: 1/15, 2010 | By: _____ |
| 3 | | John J. Carey |
| 4 | | **CAREY & DANIS, LLC** |
| 5 | | 8235 Forsyth Blvd., Suite 1100<br>St. Louis, Missouri 63105<br>Telephone: 314.725.7700 |
| 6 | | Facsimile: 314.721.0905 |
| 7 | | *Attorneys for Plaintiffs* |
| 8 | | |
| 9 | DATED: 1/27, 2010 | By: _____ |

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: FEB - 3 2010

_____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE